# Mound Cotton Wollan & Greengrass LLP

Counsellors at Law
3 Greenway Plaza, Suite 1300
Houston, TX 77046

(281) 572-8350
www.moundcotton.com

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

STEPHANIE R. TIPPIT
PARTNER
(281) 572-8357
stippit@moundcotton.com

October 30, 2025

*Via ECF*

Hon. Ronald C. Griffin, U.S.M.J.
U.S. District Court, Western District of Texas, Pecos Division
410 South Cedar
Pecos, TX 79772

RE:   *Sanchi Partners d/b/a Super 8 v. Rockingham Specialty, Inc. et al.*
       PE-24-CV-00024-DC-DF

Dear Judge Griffin:

Pursuant to this Court's order Administratively Closing the above-captioned action, dated August 14, 2025, we write jointly with Plaintiff's counsel to provide the Court with a brief status update.

Since the filing of the Parties' Renewed Joint Motion to Stay the Instant Litigation, dated August 13, 2025, the parties have continued to meet and confer in an effort to resolve their disputes without the Court's further intervention. This included a meaningful discussion regarding Defendants' property reinspection report dated July 23, 2025. Based on the findings contained in the report, the parties agreed to commence certain limited pre-mediation discovery, including the exchange of property repair records.

The parties can now also report their agreement to hold a mediation session before a neutral, Beth Bradley, Esq. The parties are finalizing the details of the mediation, which will be held in January 2026. We understand that counsel for Defendant Rockingham Specialty Inc. is in agreement with this course of action.

The parties will keep the Court apprised of any significant developments.

Sincerely,

Stephanie R. Tippit

CC (via email): Calsie M. Boyd, Tracy Jackson Cowart